IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **1:26-CV-3607**

**MARKEL AMERICAN INSURANCE COMPANY,**

Plaintiff,

**v.**

**VAULT PRESSURE CONTROL, LLC,**

Defendant.

---

## NOTICE OF REMOVAL

---

Defendant Vault Pressure Control, LLC, by and through its attorneys HALL & EVANS, LLC, hereby provides notice of its removal of the underlying action in Weld County District Court, Colorado, to the United States District Court for the District of Colorado pursuant to sections 1332, 1441 and 1446 of the United States Code (**28 U.S.C. §§ 1332, 1441, 1446**) as well as Federal Rule of Civil Procedure 81(c)(**Fed.R.Civ.P. 81(c)**), stating as follows:

### INTRODUCTION
(BACKGROUND)

Plaintiff Markel American Insurance Company ("Markel"), as subrogee of Kran, LLC ("Kran"), commenced the underlying action – *Markel American Insurance Co. v. Vault Pressure Control, LLC,* **Case No. 2026CV30719 (Weld Co. Dist. Ct.)**. (EXHIBIT A – Markel American Insurance Company Complaint) -- on or around June 10, 2026.  Markel alleges therein that a certain crane owned by Kran was damaged as a result of the Bishop Well blowout on April 6, 2025. (EXHIBIT A at ¶¶ 7-15).  Based upon those and other allegations, including its subrogation following payment to Kran for the aforementioned damages (EXHIBIT A at ¶¶ 20-21), Markel advances a single claim for relief against Vault sounding in negligence.  (EXHIBIT A at ¶¶ 22-26).

Vault was served with Markel's complaint on July 8, 2026.   (EXHIBIT B – Declaration of Joseph Buicko at ¶ 75).

### PROCEDURAL REQUIREMENT COMPLIANCE

All procedural requirements related to the removal of this action have been satisfied.

Vault has timely filed this notice of removal within thirty (30) days of service of the aforementioned complaint (**see 28 U.S.C. §§ 1441, 1446(b)**) and, as required by 28 U.S.C. § 1446(a), Vault herein transfers the following process, pleadings and orders served upon, and/or filed by, it in the underlying action:

> COMPLAINT (EXHIBIT A)
> DISTRICT COURT CIVIL (CV) CASE COVER SHEET (EXHIBIT C)
> CIVIL CASE PROCEDURES ORDER (EXHIBIT D)
> ORDER STRIKING CIVIL CASE COVER SHEET (EXHIBIT E)
> DISTRICT COURT CIVIL (CV) CASE COVER SHEET (EXHIBIT F)
> DISTRICT COURT CIVIL SUMMONS (EXHIBIT G)
> ANSWER (EXHIBIT H)
> NOTICEO TO SET CASE MANAGEMENT CONFERENCE
> AND TRIAL (EXHIBIT I)[1]

## DIVERSITY JURISDICTION

Federal courts have diversity jurisdiction in actions between citizens of different states where the amount in controversy exceeds $75,000.00, exclusive of interest and costs. **28 U.S.C. § 1332**.

## I.    COMPLETE DIVERSITY OF CITIZENSHIP EXISTS.

There is complete diversity of citizenship between Markel and Vault; to wit,

### A.    Markel.

Markel is a Virgina corporation.[2]  (EXHIBIT J - State of Virgina October 15, 1986 Certificate of Incorporation).  Markel also claims a principal place of business in Virginia. (EXHIBIT K -  Colorado Secretary of State periodic January 4, 2024 Periodic Report (Markel American Insurance Company).  Markel, therefore, is a citizen of Virigina for purposes of diversity jurisdiction.  **28 U.S.C. § 1332(c)**("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business").

---

[1]Pursuant to 28 U.S.C. § 1446(d) and D.C.COLO.LCivR 81.1, Vault shall also file this notice of removal in the underlying state court action as well as serve the same upon Markel's counsel of record.

[2]Markel, of course, has alleged that it is a Virgina limited liability company.  (EXHIBIT A at ¶ 1).

It is not.

Markel is a Virginia corporation and its form of entity has never changed.  In fact, because Markel is a domestic stock insurer, Virginia law required that it incorporate as a corporation.  **Va. Code Ann. § 38.2-1000** ("Domestic stock insurers shall be incorporated under the provisions of Article 3 **(§ 13.1-618 et seq.**) of Chapter 9 of Title 13.1.").

### B. Vault.

Vault is a Delaware limited liability company with a principal place of business in Texas. (EXHIBIT B at ¶ 2). Vault is owned seven members:

· Vault Equity Co., LLC;
· Rusty Justiss;
· Donald Antill;
· Paul Peveto;
· Brett Staffieri;
· John Jessup; and,
· Vault Pressure Control Management, LLC. (EXHIBIT B at ¶ 3).

Those members as well as the entities and individuals that comprise them (as the case may be) as well as all other sub-entities and -individuals (as the case may be) are citizens or domiciles of Louisiana, South Dakota, Ohio, Texas, Massachusetts, Connecticut and New York. As such, Vault is a citizen of Louisiana, South Dakota, Ohio, Texas, Massachusetts, Connecticut and New York.

### 1. Vault Equity Co., LLC.

Vault Equity Co., LLC is a Delaware limited liability company with a principal place of business in Louisiana. (EXHIBIT B at ¶ 4).

Vault Equity Co., LLC is, in turn, owned by six members:

· Equity Trust Company Custodian FBO Harold T. duPerier, III, IRA;
· Paul Peveto;
· Melanie Kirk;
· Callie duPerier;
· Lydia duPerier; and,
· Vault Acme Widget Holdco, LLC. (EXHIBIT B at ¶ 5).

Those members as well as the entities and individuals that comprise them (as the case may be) as well as all other sub-entities and -individuals (as the case may be) are citizens or domiciles of South Dakota, Ohio, Texas, Massachusetts and Louisiana. As such, Vault Equity Co., LLC is a citizen of South Dakota, Ohio, Texas, Massachusetts and Louisiana.

### a. Equity Trust Company Custodian FBO Harold T. dePerier, III, IRA.

Equity Trust Company Custodian FBO Harold T. duPerier, III, IRA is an individual retirement account owned by Harold T. duPerier, III and managed by Equity Trust Company, as trustee with the power to manage, invest and dispose of trust property. (EXHIBIT B at ¶ 6 ).

Equity Trust Company Custodian FBO Harold T. duPerier, III, IRA is a citizen of South Dakota, Ohio and/or Texas.

### i.       Equity Trust Company.

Equity Trust Company is a South Dakota trust company with a principal place of business at 1 Equity Way, Westlake, Ohio (EXHIBIT B at ¶ 7) and, therefore, it is a citizen of South Dakota and Ohio.  **28 U.S.C. § 1332(c)**; *cf. Navarro Savings Ass'n v. Lee***, 446 U.S. 458, 464-66 (1980)**.

### ii.       Harold T. duPerier, III.

Harold T. duPerier, III is an individual domiciled in Texas (EXHIBIT B at ¶ 8) and, therefore, he is a citizen of Texas.  *Crowley v. Glaze***, 710 F.2d 676, 678 (10th Cir. 1983)**.

### 2.       Paul Peveto.

Paul Peveto is an individual domiciled in Texas (EXHIBIT B at ¶ 9) and, therefore, he is a citizen of Texas.  *Crowley***, 710 F.2d at 678**.

### 3.       Melanie Kirk.

Melanie Kirk is an individual domiciled in Texas (EXHIBIT B at ¶ 10) and, therefore, she is a citizen of Texas.  *Crowley***, 710 F.2d at 678**.

### d.       Callie duPerier.

Callie duPerier is an individual domiciled in Texas (EXHIBIT B at ¶ 11) and, therefore, she is a citizen of Texas.  *Crowley***, 710 F.2d at 678**.

### e.       Lydia duPerier.

Lydia duPerier is an individual domiciled in Texas (EXHIBIT B at ¶ 12) and, therefore, she is a citizen of Texas.  *Crowley***, 710 F.2d at 678**.

### f.       Vault Acme Widget Holdco, LLC.

Vault Acme Widget Holdco, LLC is a Delaware limited liability company with a principal place of business in Louisiana.  (EXHIBIT B at ¶ 13).

Vault Acme Widget Holdco CO, LLC is owned by 39 members:

- · NRC Ventures, LLC;
- · NRC JCJV, LLC;
- · Draco Rex Trust;
- · JCBAK, LLC;
- · Jeffrey R. Davis;

·      Gabriela D. Davis;
·      Sanford Gottesman;
·      Lisa Gottesman;
·      Blake Gottesman;
·      GFP Interests, LLC;
·      GF Lake, LP;
·      Bradley Johl;
·      Candace Temple Adams Trust;
·      Timothy Jason Temple Trust;
·      Jered Ramsey;
·      Josh Ramsey;
·      LWMF Fund II, LLC;
·      Holzman Investments, LLC;
·      Contie Holdings, LLC;
·      Marsha Fein;
·      Noem Fein;
·      Feld Holdings, LLC;
·      Miram K. Feld Testamentary Trust;
·      Youngquist Investments, Ltd.;
·      Jeff Matthews;
·      Gurwitz Enterprises, Ltd.;
·      Gurwitz Properties, Ltd.;
·      Gregg Steven Gurwitz Descendants Trust;
·      B Vault, LLC;
·      Bird Dog Investments, LLC;
·      Narrow Brook Venture VI, LLC;
·      Mathias B. Bishop;
·      Steven Radom;
·      JBJ Diversified Holdings, LLC
·      Shawn Rosenzweig;
·      Cappy McGarr;
·      Leonard M. Teninbaum;
·      John Brooks; and
·      R2T2 Holdings, LLC.   (EXHIBIT B at ¶ 14).

Those members as well as the entities and individuals that comprise them (as the case may be) as well as all other sub-entities and -individuals (as the case may be) are citizens or domiciles of Texas, Massachusetts and Louisiana.  As such, Vault Equity Co., LLC is a citizen of Texas, Louisiana, Massachusetts and Louisiana.

### i.      NRC Ventures, LLC.

NRC Ventures, LLC is a Texas limited liability company with a principal place of business in Texas.  (EXHIBIT B at ¶ 15).

NRC Ventures, LLC is owned by member David A. Schlagel, an individual domiciled in Texas (EXHIBIT B at ¶ 16) and, therefore, NRC Ventures, LLC is a citizen of Texas.  *Siloam Springs Hotel, L.L.C. v. Century Surety Co.***, 781 F.3d 1233, 1234 (10th Cir. 2015)**.

### ii.    NRC JCJV, LLC.

NRC JCJV, LLC is a Texas limited liability company with a principal place of business in Texas. (EXHIBIT B at ¶ 17).

NRC JCJV, LLC is owned by its sole member, David A. Schlagel, an individual domiciled in Texas  (EXHIBIT B at ¶ 18) and, therefore, NRC JCJV, LLC is a citizen of Texas.  *Siloam Springs Hotel, L.L.C.***, 781 F.3d at 1234**.

### iii.    Draco Rex Trust.

Draco Rex Trust is a traditional trust formed under Texas law for the benefit of Zachary Schalgel, an individual domiciled in Texas, and managed by David A. Schalgel, an individual domiciled in Texas, as trustee with the power to manage, invest and dispose of trust property. (EXHIBIT B at ¶ 19).

Draco Rex Trust is, therefore, a citizen of Texas.  **See** *Americold Realty Trust v. ConAgra Foods, Inc.***, 577 U.S. 378, 381 (2016)**; *cf. Navarro Savings Ass'n v. Lee***, 446 U.S. 458, 464-66 (1980)**.

### iv.    JCBAK, LLC

JCBAK, LLC is a Texas limited liability company with a principal place of business in Texas.  (EXHIBIT B at ¶ 20).

JCBAK, LLC is owned by its two members, Brian A. Kaplan and John C. Bell, both individuals domiciled in Texas (EXHIBIT B at ¶ 21) and, therefore, JCBAK, LLC is a  citizen of Texas.  *Siloam Springs Hotel, L.L.C.***, 781 F.3d at 1234**.

### v.    Jeffrey R. Davis.

Jeffrey R. Davis in an individual domiciled in Texas (EXHIBIT B at ¶ 22) and, therefore, he is a citizen of Texas.  *Crowley***, 710 F.2d at 678**.

### vi.    Gabriela D. Davis.

Gabriela D. Davis is an individual domiciled in Texas (EXHIBIT B at ¶ 23) and, therefore, she is a citizen of Texas.  *Crowley***, 710 F.2d at 678**.

### vii.    Sanford Gottesman.

Sanford Gottesman is an individual domiciled in Texas (EXHBIT B at ¶ 24) and, therefore, he is a citizen of Texas. ***Crowley*, 710 F.2d at 678**.

### viii.    Lisa Gottsman.

Lisa Gottesman is an individual domiciled in Texas (EXHIBIT B at ¶ 25) and, therefore, she is a citizen of Texas. ***Crowley*, 710 F.2d at 678**.

### ix.    Blake Gottesman.

Blake Gottesmasn is an individual domiciled in Massachusetts (EXHIBIT B at ¶ 26) and, therefore, he is a citizen of Massachusetts. ***Crowley*, 710 F.2d at 678**.

### x.    GFP Interests, LLC.

GFP Interests, LLC is a Texas limited liability company with a principal place of business in Texas.  (EXHIBIT B at ¶ 27).

GFP Interests, LLC is owned by its two members, Sanford Gottesman and Morris Gottesman, both individuals domiciled in Texas (EXHIBIT B at ¶ 28) and, therefore, GFP Interests, LLC is a  citizen of Texas. ***Siloam Springs Hotel, L.L.C.*, 781 F.3d at 1234**.

### xi.    GF Lake, LP.

GF Lake, LP is a Texas limited partnership with a principal place of business in Texas. (EXHIBIT B at ¶ 29).

GF Lake, LP is owned by its two partners, Grant Gottesman and Carrie Gottesman, both individuals domiciled in Texas (EXHIBIT B at ¶ 30) and, therefore, GF Lake, LP is a citizen of Texas. ***Americold Realty Trust*, 577 U.S. at 381**.

### xii.    Bradley Johl.

Bradley Johl is an individual domiciled in Texas (EXHIBIT B at ¶ 31) and, therefore, he is a citizen of Texas. ***Crowley*, 710 F.2d at 678**.

### xiii.    Candace Temple Adams Trust.

Candance Temple Adams Trust is a traditional trust formed under Louisiana law for the benefit of Candance Temple Adams, an individual domiciled in Louisiana, and managed by Timothy Jason Temple, an individual domiciled in Louisiana, as trustee with the power to manage, invest and dispose of trust property.  (EXHIBIT B at ¶ 32).

Candance Temple Adams Trust is, therefore, a citizen of Louisiana.  **See *Americold Realty Trust*, 577 U.S. at 381**; ***cf. Navarro Savings Ass'n*, 446 U.S. at 464-66**.

### xiv.    Timothy Jason Temple Trust.

Timothy Jason Temple Trust is a traditional trust formed under Louisiana law for the benefit of Timothy Jason Temple, an individual domiciled in Louisiana, and managed by Timothy Jason Temple, individual domiciled in Louisiana, as trustee with the power to manage, invest and dispose of trust property.  (EXHIBIT B at ¶ 33).

Timothy Jason Temple Trust is, therefore, a citizen of Louisiana.  **See *Americold Realty Trust*, 577 U.S. at 381**; ***cf. Navarro Savings Ass'n*, 446 U.S. at 464-66**.

### xv.    Jered Ramsey.

Jered Ramsey is an individual domiciled in Louisiana (EXHIBIT B at ¶ 34) and, therefore, he is a citizen of Louisiana.  ***Crowley*, 710 F.2d at 678**.

### xvi.    Josh Ramsey.

Jered Ramsey is an individual domiciled in Louisiana (EXHIBIT B at ¶ 35) and, therefore, he is a citizen of Louisiana.  ***Crowley*, 710 F.2d at 678**.

### xvii.    LWMF Fund II, LLC.

LWMF Fund II, LLC is a Texas limited liability company with a principal place of business in Texas.  (EXHIBIT B at ¶ 36).

LWMF Fund II, LLC is owned by its three members, Lance Lubel, Jim Wetwiska and Kim Lubel, all individuals domiciled in Texas (EXHIBIT B at ¶ 37) and, therefore, LWMF Fund II, LLC is a citizen of Texas.  ***Siloam Springs Hotel, L.L.C.*, 781 F.3d at 1234**.

### xviii.    Holzman Investments, LLC.

Holzman Investments, LLC is a Texas limited liability company with a principal place of business in Texas.  (EXHIBIT B at ¶ 38).

Holzman Investments, LLC is owned by its sole member, Leonard Holzman, an individual domiciled in Texas (EXHIBIT B at ¶ 39) and, therefore, Holzman Investments, LLC is a citizen of Texas.  ***Siloam Springs Hotel, L.L.C.*, 781 F.3d at 1234**.

### xviv.    Contie Holdings, LLC.

Contie Holdings, LLC is a Texas limited liability company with a principal place of business in Texas.  (EXHIBIT B at ¶ 40).

Contie Holdings, LLC is owned by its sole member, Doug Contie, an individual domiciled in Texas (EXHIBIT B at ¶ 41) and, therefore, Contie Holdings, LLC is a citizen of Texas. *Siloam Springs Hotel, L.L.C.*, **781 F.3d at 1234**.

### xx.    Marsha Fein.

Marsha Fein is an individual domiciled in Texas (EXHIBIT B at ¶ 42) and, therefore, she is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### xxi.    Noem Fein.

Noem Fein is an individual domiciled in Texas (EXHIBIT B at ¶ 43) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### xxii.    Feld Holdings, LLC.

Feld Holdings, LLC is a Texas limited liability company with a principal place of business in Texas.  (EXHIBIT B at ¶ 44).

Feld Holdings, LLC is owned by its sole member, Brian Feld, an individual domiciled in Texas (EXHIBIT B at ¶ 45) and, therefore, Feld Holdings, LLC is a citizen of Texas. *Siloam Springs Hotel, L.L.C.*, **781 F.3d at 1234**.

### xxiii.    Miriam F. Feld Testamentary Trust.

Miriam K. Feld Testamentary Trust is a traditional trust formed under Texas law for the benefit of Miriam K. Feld, an individual domiciled in Texas, and managed by Brian Feld, an individual domiciled in Texas, as trustee with the power to manage, invest and dispose of trust property.  (EXHIBIT B at ¶ 46).

Miriam K. Feld Testamentary Trust is, therefore, a citizen of Texas. **See** *Americold Realty Trust*, **577 U.S. at 381**; *Navarro Savings Ass'n v. Lee*, **446 U.S. at 464-66**.

### xxiv.    Youngquist Investments, Ltd.

Youngquist Investments, Ltd. is a Texas limited partnership with a principal place of business in Texas.  (EXHIBIT B at ¶ 47).

Youngquist Investments, Ltd. is owned by three partners, David Youngquist, Roxanne Youngquist Martin and Stephen C. Martin, all individuals domiciled in Texas (EXHIBIT B at ¶ 47) and, therefore, Youngquist Investments, Ltd. is a citizen of Texas. **See** *Americold Realty Trust*, **577 U.S. at 381**.

### xxv.    Jeff Matthews.

Jeff Matthews is an individual domiciled in Texas (EXHIBIT B at ¶ 48), and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### xxvi.   Gurwitz Enterprises, Ltd.

Gurwitz Enterprises, Ltd. is a Texas limited partnership with a principal place of business in Texas. (EXHIBIT B at ¶ 49).

Gurwitz Enterprises, Ltd. is owned by its two partners, Gregg Gurwitz and Joe Dudbrof, both individuals domiciled in Texas (EXHIBIT B at ¶ 49), and, therefore, Gurwitz Enterprises, Ltd. is a citizen of Texas. **See** *Americold Realty Trust*, **577 U.S. at 381**.

### xxvii.   Gurwitz Properties, Ltd.

Gurwitz Properties, Ltd, is a Texas limited partnership with a principal place of business in Texas. (EXHIBIT B at ¶ 50).

Gurwitz Properties, Ltd. is owned by its partners, Gregg Gurwitz and Joe Dubrof, both individuals domiciled in Texas (EXHIBIT B at ¶ 50), and, therefore, Gurwitz Properties, Ltd. is a citizen of Texas. **See** *Americold Realty Trust*, **577 U.S. at 381**.

### xxviii.  Gregg Steven Gurwitz Descendants Trust.

Gregg Steven Gurwitz Descendants Trust is a traditional trust formed under Texas law for the benefit of the descendants of Gregg Gurwitz, all individuals domiciled in Texas, and managed by Gregg Gurwitz, an individual domiciled in Texas, as trustee with the power to manage, invest and depose of trust property. (EXHIBIT B at ¶ 51).

Gregg Steven Gurwitz Descendants Trust is, therefore, a citizen of Texas. **See** *Americold Realty Trust*, **577 U.S. at 381**; *cf. Navarro Savings Ass'n v. Lee*, **446 U.S. at 464-66**.

### xxix.   B Vault, LLC.

B Vault, LLC is Louisiana limited liability company with a principal place of business in Louisiana. (EXHIBIT B at ¶ 52).

B Vault, LLC is owned by its sole member, Boysie Bollinger, an individual domiciled in Louisiana (EXHIBIT B at ¶ 53) and, therefore, B Vault, LLC is a citizen of Louisiana. *Siloam Springs Hotel, L.L.C.*, **781 F.3d at 1234**.

### xxx.   Bird Dog Investments, LLC.

Bird Dog Investments, LLC is a Louisiana limited liability company with a principal place of business in Louisiana. (EXHIBIT B at ¶ 54).

Bird Dog Investments LLC is owned by its sole member, Trent Sandahl, an individual domiciled in Louisiana (EXHIBIT B at ¶ 55) and, therefore, Bird Dog Investments LLC is a citizen of Louisiana. *Siloam Springs Hotel, L.L.C.*, **781 F.3d at 1234**.

### xxxi.    Narrow Brook Venture VI, LLC.

Narrow Brook Venture VI, LLC is a Texas limited liability company with a principal place of business in Texas.  (EXHIBIT B at ¶ 56).

Narrow Brook Venture VI, LLC is owned by its sole member, Perry O. Barber, an individual domiciled in Texas (EXHIBIT B at ¶ 57) and, therefore, Narrow Brook Venture VI, LLC is a citizen of Texas. *Siloam Springs Hotel, L.L.C.*, **781 F.3d at 1234**.

### xxxii. Mathis B. Bishop.

Mathis B. Bishop is an individual domiciled in Texas (EXHIBIT B at ¶ 58) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### xxxiii. Steve Radom.

Steve Radom is an individual domiciled in Texas (EXHIBIT B at ¶ 59) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### xxxiv. JBJ Diversified Holdings, LLC.

JBJ Diversified Holdings, LLC is a Texas limited liability company with a principal place of business in Texas.  (EXHIBIT B at ¶ 60).

JBJ Diversified Holdings, LLC is owned by its sole member, Joseph Buicko, an individual domiciled in Texas (EXHIBIT B at ¶ 61) and, therefore, JBJ Diversified Holdings, LLC is a citizen of Texas. *Siloam Springs Hotel, L.L.C.*, **781 F.3d at 1234**.

### xxxv. Shawn Rosenzweig.

Shawn Rosenzweig is an individual domiciled in Texas (EXHIBIT B at ¶ 62) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### xxxvi. Cappy McGarr.

Cappy McGarr is an individual domiciled in Texas (EXHIBIT B at ¶ 63) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### xxxvii. Leonard M. Teninbaum.

Leonard M. Teninbaum is an individual domiciled in Texas (EXHIBIT B at ¶ 64) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### xxxviii. John Brooks.

John Brooks is an individual domiciled in Texas (EXHIBIT B at ¶ 65) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### xxxix. R2T2 Holdings, LLC.

R2T2 Holdings, LLC is a Texas limited liability company with a principal place of business in Texas. (EXHIBIT B at ¶ 66).

R2T2 Holdings, LLC is owned by its two members, Ryan Temple, an individual domiciled in Louisiana, and Shawn Rosenzweig, an individual domiciled in Texas. (EXHIBIT B at ¶ 67). R2T2 Holdings, LLC is, therefore, a citizen of Louisiana and Texas. *Siloam Springs Hotel, L.L.C.*, **781 F.3d at 1234**.

### 2.    Rusty Justiss.

Rusty Justiss is an individual domiciled in Texas (EXHIBIT B at ¶ 68) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### 3.    Donald Antill.

Donald Antill is an individual domiciled in Texas (EXHIBIT B at ¶ 69) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### 4.    Paul Peveto.

Paul Peveto is an individual domiciled in Texas (EXHIBIT B at ¶ 70) and, therefore, he is a citizen of Texas. *Crowley*, **710 F.2d at 678**.

### 5.    Brett Staffieri.

Brett Staffieri is an individual domiciled in Connecticut (EXHIBIT B at ¶ 71) and, therefore, he is a citizen of Connecticut. *Crowley*, **710 F.2d at 678**.

### 6.    John Jessup.

John Jessup is an individual domiciled in New York (EXHIBIT B at ¶ 72) and, therefore, he is a citizen of New York. *Crowley*, **710 F.2d at 678**.

### 7.    Vault Pressure Control Management Control, LLC.

Vault Pressure Control Management, LLC is a Delaware limited liability company with a principal place in Louisiana. (EXHIBIT B at ¶ 73).

Vault Pressure Control Management, LLC is owned by its three members, Ryan Temple, an individual domiciled in Louisiana, Shawn Rosenzweig, an individual domiciled in Texas, and Joseph Buicko, an individual domiciled in Texas. (EXHIBIT B at ¶ 74). Vault Pressure Control Management, LLC is, therefore, a citizen of Louisiana and Texas. *Siloam Springs Hotel, L.L.C.*, **781 F.3d at 1234**.

It follows, then, that the parties here are completely diverse.

## II.    AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.

As previously noted, Markel alleges damages of almost $600,000.00 (EXHIBIT A at ¶ 20 and PRAYER FOR RELIEF), which amount "shall be deemed to be the amount in controversy."[3] **28 U.S.C. § 1446(c)(2)**; see *Dart Cherokee Basin Operating Company, LLC v. Owens*, **135 S.Ct. 547, 553 (2014)**. The amount in controversy, therefore, exceeds $75,000.00 for purposes of diversity jurisdiction.

### CONCLUSION

Removal is appropriate here because the United States District Court for the District of Colorado has diversity jurisdiction pursuant to 28 U.S.C. §§ 1441, 1446 and 1332. Accordingly, defendant Vault Pressure Control, LLC requests that the underlying action now pending in County District Court -- *Markel American Insurance Co. v. Vault Pressure Contril, LLC,* **Case No. 2026CV30719 (Weld Co. Dist. Ct.) --** be removed therefrom to the United States District Court for the District of Colorado , and that all further proceedings be heard therein.

DATED THIS 7TH DAY OF AUGUST, 2026.

Respectfully Submitted,

**HALL & EVANS, LLC**

By: [*s/ Brian Molzahn*]

Brian Molzahn
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202
(303) 628-3300
(303) 628-3368 [facsimile]
molzahnb@hallevans.com
**COUNSEL FOR DEFENDANT VAULT
PRESSURE CONTROL, LLC**

---

[3]Vault does not concede or waive its right to contest Markel's (alleged) damages.

## CERTIFICATE OF SERVICE

I, Tracy Gomez, hereby certify that on this 7th day of August, 2026, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was, unless otherwise noted, served on the following *via* the CM/ECF system:

**COUNSEL OF RECORD**

[*s/ Tracy Gomes*]                                 
Legal Secretary

14